1016

No. 97–635. FORT SMITH RAILROAD CO. *v.* AMERICAN TRAIN DISPATCHERS DEPARTMENT OF THE BROTHERHOOD OF LOCOMOTIVE ENGINEERS. C. A. 7th Cir. Certiorari denied.

No. 97–640. AMERICAN CITIGAS CO. *v.* VORYS, SATER, SEYMOUR & PEASE. C. A. 6th Cir. Certiorari denied.

No. 97–645. PAYNE *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–666. PIERCE *v.* DEPARTMENT OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 97–672. BENJAMIN *v.* AROOSTOOK MEDICAL CENTER ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–675. BRADSHAW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–696. FAFARMAN *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–697. HARRINGTON ET AL. *v.* HARRIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–712. MATHIS, SPECIAL ADMINISTRATOR FOR MATHIS, DECEASED *v.* FAIRMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–760. ZWERLING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–771. SEA-FONE, LTD. *v.* COMMUNICATIONS SATELLITE CORP. (COMSAT) ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–778. HILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5282. POLLEY *v.* UNITED STATES; and
No. 97–5338. DAVENPORT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 116 F. 3d 478.

No. 97–5607. MCMANUS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.